Arthur H. MCELROY, II and David W. Porter, Plaintiffs–Appellees,

v.

Keith GLEASMAN and Vernon Gleasman, Defendants–Appellants.

No. 05–1431.

United States Court of Appeals, Federal Circuit.

March 9, 2006.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36